**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CESARIO GARCIA HERNANDEZ, | ) Case No. EDCV 14-2110-JPR |
| | ) |
| Plaintiff, | ) **JUDGMENT** |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) |
| | ) |
| Defendant. | ) |
| | ) |

        For the reasons set forth in the accompanying Memorandum Opinion and Order, it is hereby ADJUDGED AND DECREED that (1) Plaintiff's request for an order reversing the Commissioner is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.


DATED: February 29, 2016          _____
                                  JEAN ROSENBLUTH
                                  U.S. Magistrate Judge